FIRST Amended complaint
FULL NAME
Glyndon RiveRa Guzmán
COMMITTED NAME (if different)
IRonwood State PRISON
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 2199   Blythe, CA
    BU 0841
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Glyndon RiveRa Guzmán

PLAINTIFF,

v.

County of Riverside Sgt Payne Wayne
John Jane Doe NuRse
John Doe GuaRds 1-50

DEFENDANT(S).

CASE NUMBER
5:25-CV-01572-HDV-KES DSR
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? ____1____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Glyndon RiveRa Guzman_

who presently resides at _Ironwood State PRison_ ,
<span>(print plaintiff's name)</span>
<span>(mailing address or place of confinement)</span>

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Ironwood State PRison BRavo YARd     BLythe, RiveRide Co._
<span>(institution/city where violation occurred)</span>

---

**CIVIL RIGHTS COMPLAINT**

on (date or dates) __3-24-25__ , __3-24-25__ , __3-24-25__ .
_____(Claim I)_____ _____(Claim II)_____ _____(Claim III)_____

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __RIVERSIDE COUNTY__ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual     ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2. Defendant __WAYNE PAYNE__ resides or works at
(full name of first defendant)

__ISP P.O. BOX 2199 BLythe, CA 92226__
(full address of first defendant)

__B YaRD SeRgeant__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual     ☐ official capacity.

Explain how this defendant was acting under color of law:
__MaLiciously And DeliBeRate Blocking my Access to__
__DistRict AttoRney And couRts by Not RefeRing Crime Cases to__ DA.

3. Defendant __John Doe PRison GuaRds 1-50__ resides or works at
(full name of first defendant)

__IRONWOOD State PRiSON P.O. BOX 2199 BLythe, CA__
(full address of first defendant)           __WayNe 92226__

John Doe B.yaRd __SeRgeants, Lieutenants, sgt payNe__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual     ☐ official capacity.

Explain how this defendant was acting under color of law: __FauLty TRaiNiNg And supeRvisioN__
__ViolatiNg Duty to PRotect PRiSoNeR__
__DelibeRatelypeRsistiNg iN ineffective PRiSoN secuRity__
__measuRes to PReveNt weekLy Assaults. C2/104S__
__indiffeReNce to PRiSoNeR's safety. Assaults could have__
__been PReveNted by stationiNg cop/guaRds iN FRont__
__of buildiNgs instead of guaRds buNchiNg up togetheR__
__iN FRont of Kitchen AReq entrance. GuaRds AnticipatiNg PRoblems__
__and LookiNg At AReq of buildiNgs wheRe they Expect Violence oNly__
__Reactive, Not PRoactive. Reckless EndangeRment.__
__Tactics__   __intentional infliction of Emotional DistRess CaL civiL code 51.7__
__Violation of Constitution" FReedom FRom CRuel And uNusual PuNishment__

4.  Defendant _____John/Jane Doe_____ resides or works at
    (full name of first defendant)
    _____Ironwood Prison P.O. Box 2199 Blythe, CA_____
    (full address of first defendant)
    _____Nurse_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law: Right to medical care, faulty training
Deliberate indifference to Plaintiff's medical needs
after assault and battery in violation of 8th Amendment
to wit, no concussion protocol performed. Cruel, unusual

5.  Defendant _____ resides or works at
    (full name of first defendant)
    _____
    (full address of first defendant)
    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

_See FiRst Amended Complaint Attached_

_Right to Enjoyment of Life_

_Right to Access to Courts_

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SeRgeant Wayne Payne,
John Does 1-50 John Doe Guards SeRgeant Liutenants PResent on the yard at the Assault. 2 John Doe Guards WoRking in Building 5. Failure to pRotect inmates. Intentional Infliction of Emotional Distress. FReedom FRom cRuel extrajudicial unusual punishment. Failure to keep safe Facilities wreckless And willfull indifference to pRisoneR safety by yard seRgeant Wayne payne who with a culpable state of mind knew about the Dangerous conditions his security tactics FosteRed And under color of law PeRsisted in a years long pattern that has led to serious injuries on many Special Needs PRotected status inmate

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am seeking a letter of apology about my assault from CDCR. I am seeking better training and supervision of guards. I am seeking a new approach to special needs prisoners that eliminates the risk of sudden attacks by general population criminals put on the yard without proper vetting. I seek acknowledgement from CDCR and sargeant Payne that they have been wrong and that they will do better. I want all assault cases referred to DA's office. I seek better medical procedures in regard to head injuries from now on. Concussion protocol should be mandated on all head injuries. I want no retaliation in any form or manner. I want all the discovery I have asked for without delay in this case. I especially want the security camera footage as Exhibit 1. I need the work records of all guards on the yard on 24 march 2025 at about 5:05 pm. I want Bravo yard to support prisoners and not impede prisoners as they are mandated to do and are duty bound.

Nov 10, 2025
_(Date)_

Glyndon Rivera Guzmán
_(Signature of Plaintiff)_

# FIRST Amended Complaint

CASE#
5:25-CV-01572
HDV-KES   HONORable Magistrate

THANK you FoR Providing me
with DiRection And Guidance.
I am very GRateful. I was confused,
Now I am Not.

## Pleading Defects

F. "A PRISON official iN a Supervisory position
may be held Liable UNDER §1983, however, if
He or she was PERSONALLY iN the CONSTitutioNal
DepRivation or sufficient causal conNection
exists betweeN the superVisor's uNLaWful
coNduct ANd the CONSTitutioNal ViolatioN"
This causal coNNection caN iNCLude 1) The super
VisoRS OWN culpable actioN or iNactioN iN the
TRaining, Supervision or coNtRol of subordiNates,
2) TheiR acquiescence iN the coNStitutional
depRivatioN of which a complaiNt is made.
3) [Their] coNduct that showed a Reckless or
callous iNdiffeRence to the Rights of othERS"
If a plaiNtiff alleges that a DefeNdaNt Failed
to propeRly traiN his subordiNates The plaiNtiff
must show that (1) The TRaiNiNg pRogRam was
iNadequate iN RelatioN to the TAsks the paRticu
LaR officeRs must peRform 2) The GoveRNmeNt
officials weRe deLibeRately iNdiffeReNt to the
Rights of peRSONS with whom the [officials] came
iNto coNtact, 3) The iNAdequacy of The TRaiNiNg
Actually caused the coNstitutioNal DepRivatioN at issue

G   CLAIMS AGAINST DOE CORRECTIONAL OFFICERS BASED ON DELIBERATE INDIFFERENCE to plaintiffs safety — Failure to Include enough Facts.

PRISON officials have a Duty... to protect PRISONERS From Violence at the hands of other PRISONERS. FARMER V. BRENNAN, 511 U.S. 825, 833 1994

COURTS have held That a PRISON official Violates The 8th Amendment ONLY when 2 Require-ments are met: The Deprivation must be, objectively "sufficiently serious" 2) The PRISON official must have a "sufficiently culpable state of mind" demonstrating deliberate indifference to inmate Health or safety."

The inmate Petitioner must show that PRISON officials Knew of and disregarded The Substantial Risk of Harm, but the officials Need Not have intended any harm to befall the inmate; it is enough that the official acted OR failed to act despite his knowledge of a substantial Risk of Serious Harm. This is deliberate practice custom and Policy behind the Constitutional Violation"... whitaker V. Garcetti 486 F. 3d 572, 581 9th Circuit 2007.

This incident is a Deliberate Breach of Duty to Protect me. I don't Know how Long I was out For but I Remember thinking: How is it that I am on the Ground. I Received Punches And Kicks while I was on the Ground. This incident would Not Should Not have happened with proper Training of Guards.

G. Petitioner's Clarification/Argument to Section G: This is A special Needs yard A protected status yard. A Red suited Prisoner is a NON Designated Prisoner coming usually from Prison Reception INTO PRISON, A GENERAL POPULATION PRISONER, Society is Giving these Prisoners A chance to Program here (learn Educational material take ANTI Drug courses, ANTI alcohol) IN order to Reintegrate back INTO Society. However, many of These PRISONERS are iNvOLved iN Gang culture with It's Drug culture, Politics PRISON VIOLENCE. IN short, sociopathic CRIMINALS.

There are 4 levels of PRISONS, levels 3 And 4 Are where The Hardcore criminals feel at home Traffiking their Drugs And stabbing people, Level 2 and 1 PRISONS are for PRISONERS who wish to improve themselves And have seen that crime is A Dead End. Level 2 And 1 PRISONERS just want to go home to their loved ones And are Not VIOLENT. Level 2 PRISONERS do Not care about Gang Politics And Gang Life. I am a level 2 PRISONER.

So when an Active Gangmember is placed at a Level 2 yard, They do Not Like the idea of PROGRAMMING And changing their CRIMINAL ways, Suddenly There is NO Drug Availability And NO Gang Politics. So They want to leave.

④

IRONWOODS guards tell the New Arrivals that "you must show some kind of violent Act" to leave this level 2 yard. The violence must happen within a few days of Arrival. For the first few days these New Arrivals are given Red colored prison clothing to distinguish them from the Regular prison population that wear BLUE clothing.

Mexican Gang members are Quick to strike while Black and White Gang members have about A week to strike somebody otherwise they are stuck here. IRONWOOD, CDCR and the county of Riverside know about the problems of Reckless integration. The Number of Assaults have skyrocketed since I have been here. Now 3 years. In those 3 years I have witnessed many Attacks on the yard against programming prisoners while the programming prisoner was going about their business. These Attacks are sudden and they are executed by 2 on 1 or 3 on 1 usually against Elderly or solitary victims.

B    The Guards are Reactive, Not Proactive. The Guards could take up Proactive measures like placing more Guards in front of Buildings and not releasing New Red suited Arrivals onto the yard or mixing them with the Regular prisoners until they change into the BLUE uniform that proves they agree to program peacefully here.

For instance, I am Housed in Building 3 on Bravo yard. On Sept 8, 11, Newly Arrived Red suits were

put into this building, I have given that. AT mealtime, The "RedSuits" new arrivals were Released with the Regular population for Dinner. So There were 3 Separate Clashes in building 3 that put the yard down for a long time while the guards Ran up and Down one fight After another, So does this promote prisoner safety? Is this training Adequate And preventative? If you look at the cameras during those Assaults AT Dinner time or Breakfast you will see the guards all bunched up near the cafeteria Doors looking and expecting trouble when the The prisoners come out of the buildings to eat fifty yards away. No guards posted closer to the buildings to deter Assaults. guards have the Attitude that It is Better for prisoners to Assault other prisoners than for free staff or The guards themselves to Be Assaulted. A Culpable state of mind.

This is why I will call prison guards witnesses at trial. They will testify that "We just do what we are told to do by Higher up. All a trial court Need do is look at the High Number of Assaults that happen here and No District Attorney referal is ever made So The prison knows About the problem And persists in their reckless action And behavior I received Harm, I forget things now, I have PTSD. I Don't like prisoners behind me at

⑥

meal time Line. More headaches, I can't
sleep. Previously I had No such issues.
I am forgetful And I have trouble Remembering Data.
So The Question is. why Do the
Guards supervisors Not change tactics?
supervisors could simply Lock the
New Prisoners in their cells while the
Regular population goes outside to eat.
Why Not put the Red suits to eat at a
separate time? why Not JUST ASK them if they will Attack some-
one? The CDCR And the Supervisors here
at Ironwood sing the praises of Prisoner
Resident safety and then deliberately
put all of us "program" prisoners at RISK.
At trial I will Raise the issue of
sufficient training with Sgt Payne on cross
I don't have access to their training Regime
And they Refuse to share with me this Discovery
The Record on the Assault And battery cases
Speaks for itself. There is indeed a pattern
of deliberate Abuse of Prisoners And A
substantial Risk of serious harm that continues
to this Day. This is Weekly.
I will use a strong witness, Nurse peoples,
From medical who will substantiate my
claims As she has FIRST hand knowledge of
The injuries prisoners have Received here.
Because of the Reckless dangerous Reactive Guard practices
used by Ironwood supervisors And Guards.
Nurse peoples agrees with me that prisoners
Are being Abused for at least the last 3 years
And The County of Riverside And The Guards And supervisors

Know All about it's dangerousness, county, CDCR guards And supervisors don't care.

Riverside county, CDCR Sgt. payne and his guards cannot say they did not know or expect that the Assault And battery against me, or any assault caused by their forced integration of mixed general population And special Need protective custody prisoners caught them by surprise, since The forced integration Infrastructure is at least 3 years old and has caused the Assaults to be up over 1000% since it started. Sgt payne And the warden are supposed to train their subordinates to prevent chaos but the implementation of their poor preventative tactics has led to hundreds of injuries. The officials here Know and have known of the immediate Danger but due to prisons closing And the overcrowding issues the state has, state And county officials consider Forced integration assaults as the price that needs to be paid with the protective custody prisoners as the sacrificial lambs to be offered. If the New General population prisoner arrivals Assault someone, then The prison officials consider it unaffordable to house inmates here at Iron wood prison And transport them all to Riverside county courts for PC 245(A)(4) charges. Felonies. So It is expedient to write them up only with what they call a 115, a slap on the wrist. So The reality is that The state and It's prison Employee guards And supervisors base the decision to not refer assault And battery cases to the DA's office on the COST of transportation to court situational expediency instead of prisoner Rights to be free from state violence.

⑧  When justice isn't fair at all. or when county trained prison officials stop making justifications on why they are not forwarding crime incident cases (most of them on camera) to the DA's office and taking on the Duties of the District Attorney and committing acts of selective prosecution. These are very public Assaults with witnesses

CDCR Riverside County, Ironwood officials do Not get to let Sgt. Payne or any other correction guard who does not have knowledge of the law or of one's rights decide on whether a case gets tried or Not. Infact I have written a writ of mandate on this point. Hopefully the higher court will mandate Ironwood prison officials to start complying with the law and forward all and my assault cases to the DA's office for their consideration to push forward and prosecute or not. That is the DA's Job, Not Ironwood's sergeant Payne.

Once a conviction is secured in county court then a civil action may move foreward on the guilty attackers for the injuries I sustained and still deal with. Loss of enjoyment of Life.

The writ is extremely necesary because there is a statute of limitations on the ability to make criminal charges. 6 months have gone by arguing with Ironwood's officials and Sgt. Payne trying to move them to do the Right thing. They have not. They rely on their "immunity"

Sgt Payne from Ironwood state prison Bravo yard brought me into his office in early october and said, sorry you are just going to have to "suck it up". we are not going to do anything about. He was speaking under color of law and violated my right to

to my DAY IN COURT. This is deliberate indifference AND DARING me to do Anything about it.

My injuries were not minor. I suffered KICKS and punches while on the GROUND and I don't Remember When And for How Long I was on the FLOOR. I took a cowardly Blow to the Back of The Head that put me down. The MALE ASIAN NURSE confirms the Reddened AReA behind my neck/head area. NURSE Peoples confirms this Fact. I do not sleep well suffer on and off again headaches. And forget things. I don't LIKE prisoner OR Anyone behind me. I suffer PTSD from A momentary Loss of conscious Ness. With possible Long Term consequences. Enhancing the CRIME. AT TRIAL EXPERTS will testify on this topic for me to a JURY.

Head Nurse, at IRONWOOD, Will Testify to the SKY high ASSaults that have taken place here and could have been avoided with GUARDS placed IN FRONT of Buildings and spaced out. INstead There is a situation with GUARDS bunched up in a group Leaving the Entire Space of the yard for the ASSaults on prisoners to take place before The GUARDS Finally React when it is too late to prevent the CRIME. Failure to act preventatively is A policy of deliberate indifference behind the CONSTITUTIONAL VIOLATION WHITAKER V. GARCETTI 9th CIRCUIT 2007, monell 436 U.S. at 691

I suffer FROM ASSault Battery INJURIES due to GROSS Negligence. And The fact that RIVERSIDE DAs office has not even had a chance to Reject OR Accept The criminal case. My Right to Access INFRINGE

Access to court. Like any other. My cell + my
citizens arrest was made immediately and long
Red. This assault had many witnesses so I call
for the camera to show specifically the proof
of my claims. CDCR will NOT give me guards
names so I have listed them as John Doe guards
1-50. The training manuals are Not made available
to me. ALL guards on duty on that date had a
duty to protect us and they failed us once again.
This is No coincidence or accident.

The prisoner Newly Arrived Red suited Assailants
Are presumed to be dangerous and letting them out
of their cage at 5:00 pm is Not and was Not a
customary practice. I am a Kosher meal Diet
Person and I was released to eat around 5:05
PM on 24 March. Red suited New arrivals usually
let out with the Non special meal prisoners around
5:30 pm. So, No These Assailants were Not su
pposed to be outside at 5:00 pm.

I am fighting my criminal case effectively
and There is A good strong chance for a reverse.
I wonder if I was set up as a form of
Revenge because I fight State oppression and I
will Not give up. I can't prove that at this
time but the evidence on the harmful assault
is overwhelming. Ironwood Guards posing as
DA's is also clear misconduct. Procedural
Due process violation.

Previously I mailed to you a copy of the 602 State
complaint about Sergeant Payne, Bravo yard super
visor and I would like for you to consider those Arguments (Legal)

I gave the court already an injury report as Exhibit and there are witnesses and camera footage. Camera footage does not lie. County of Riverside has pursued a deliberate policy of intentional infliction of emotional and physical pain and distress. The County's Aim was/is to create an Extra Judicial, illegal punishment to harm alleged "sex offenders" in a protective custody yard. County case against me was stale NO hard evidence.

I would like to invoke The Federal Tort claims Act, which allows individuals to sue for injuries resulting from government employees misconduct. My central argument here also is Intentional, reckless infliction of EMOTIONAL distress and physical injury. This is a real serious Deprivation.

The second prong: The PRISON official(s) must objectively have a sufficiently culpable state of mind demonstrating deliberate indifference (cruelty) to inmate health and safety. See Cal. civil code 51.7

yes, The PRISON officials knew of the risks, harm their release of yet undesignated general population Red suited PRISONERS on the yard and in the Housing Buildings would cause and this pattern has played out year after year (Hundreds of injuries. Let's get this statistical Discovery from the state and county of Riverside) The risk of harm and incidents were disregarded by officials like Sgt. Payne of Bravo yard. Payne told me to "just suck it up" and that NO policy change will occur" so Payne is speaking acting for the state and county under color of law. So this is proof that county will continue to act and fail to act despite their knowledge of substantial risk of harm.

The number of assaults in this integration program is in the thousands throughout the state. So the inadequacy of the training is obvious. The indifference of prison officials is callously indifferent.

Sgt Payne's statements to me were angry and indifferent and minimizing my assault. No remedy offered, No change of guard tactics Business as usual. So Sgt Payne is sued in his personal capacity. Furthermore as I explained earlier Payne claims the power of a District Attorney and refuses to refer my assault case to Riverside DA Hestrin. So Sgt Payne of Ironwood is impeding me unlawfully.

We can subpoena the training program of guards from Riverside County pre trial or at trial. Riverside County obviously does not want to share this Discovery with me.

So, Deliberate indifference to Plaintiff's safety, in violation of 8th Amendment with persistent failure to maintain safe facilities and freedom from cruel and unusual punishment. My complaint seeks identities of all guards on yard and in Building 5, to prevent destruction of Evidence, Assault statistics and cases and camera footage and work records. All guards are sued individuals, Furthermore I intend to mail the court witness statements of eyewitnesses and even Ironwood's Head Nurse peoples to solidify my claims.

When a single county/state trained Employee misbehaves, that is a TORT. When an entire Administration misbehaves and coddles gang members with malice aforethought then This is a criminal conspiracy involving the particular guards. It is a common occurrence, for guards in prison to have willing prisoners "mete out" street Justice on prisoners with sex cases.

The Right to access to court is a very important Right since it theoretically protects all your other Rights. This Right extends to all categories And is supposed to be Adequate, Effective and meaningful

B. From Prisoners Self Help manual

The Right to be Free from interference with court Access. Government county CDCR are prohibited from interfering with a prisoners efforts to bring a claim to the courts Attention. As with other Violations such interference must be intentional to violate The Constitution. In This case This prong has been met by Sgt Payne Sgt Payne And Ironwood do NOT hold DA powers Which are to bring forth a suit or decide Not to bring Forth a suit. Only The Prosecutor can decide, Not a yard Sgt at Ironwood. This is illegal impeding of Rights. I understand that citizens cannot Force a DA to put up charges in a case. I learned this in a police Reserve Academy I Graduated from in the 1990's at Palomar community college in San Marcos SD County, But in this case the Riverside District Attorney Has NOT EVEN been presented the case/ Ironwood Sgt Payne is trying to impress me with his lack of Legal Knowledge. Selective "Prosecution" from Sgt Payne is Far From Assisting prisoners and helping with access to court. 42 USC 1983 Petitioner must show that deprivation was committed by A person (Sgt Payne) acting under color of Law In Huston V. Unknown Parties 2024 US Dist. Lexus 129 158 It discusses Twombley 550 US AT 570 Guidelines:

⑭ ONE) <u>Probability</u>. (I have fulfilled this Prong by turning over to the court medical Records as an Exhibit. I plan to introduce the security camera and witness testimony. Work records And statistical data. Training manuals. ALL this in possesion of the State/County of Riverside.

2) <u>Acted unlawfully</u> and impeding me at Twombley 678. In 42 USC 1983 First step is to identify Specific constitutional Rights that are infringed Albright versus Oliver 510 US 266 271 1145 Ct. 807 127 (1994) Interference claim. Sgt Payne interfering with Attempt to pursue legal action there both guidelines have been met by petitioner. Ironwood's Sgt Payne Argues incorrectly that as A prisoner under CDCR I have no Rights. However our Federal Supreme court is on record stating that there is NO Iron curtain between The prisoner and our constitution with the exception of Search and seizure in prisons and Jails. Sgt Payne is Responsible for Training guards. He is Also Responsible for supervision and promoting safety on Bravo yard. AS a Sgt He should know about Prisoner Rights and He is mandated to "promote Not impede Access to courts" subsection C Prisoner Rights manual. (Chapter 3) Civil Liberties in Prison The other portion of the complaint is Sgt Payne Refuses to change Guard safety tactics. He told me straight up in Early October that "Nothing will change about the security measures. I told him "But 100's have been injured. Payne Belittles my complaint. So Lowering the Huge Number of Assaults is Not their Priority Although They publicly claim it is their Highest Priority." Resident safety. Again He shows callous indifference

15

I plan to call Sgt Payne to the stand and I plan to ask him about his training. As a Sgt on Bravo he should know some law. Prisoner Rights law. So Sgt Payne either does not regard the law or is insufficiently trained to lead a yard. A failure of training and supervision by county and state of Sgt. Payne.

Again CDCR, government county of Riverside are prohibited from interfering with access to courts, a civil right. As with other violations such interference must be intentional. Glyndon has proved this prong here. Sgt Payne basically dared me to "make a move". Belittles my complaint against CDCR and Sgt Payne. Denying some prisoners access and controlling which assaults can move on to the DA's attention is illegal and selective.

Bias. Sgt Payne is refusing to do anything about the assaults because they will have to drive those individuals to court from Ironwood using CDCR state funds. So my rights are being trampled and people are being hurt and assailant gangmembers are getting away with running amuck on Bravo yard so that Ironwood can save gas and transportation money? Twisted logic. The Human Trafficking Business in California is flourishing so county and state can't claim they have no money.

There is the case of inmate Brian French housed in building 5 of Bravo yard. On 26 August he was attacked in his cell by 7 or 8 Red Suited new gang member arrivals in his cell that led to gas being deployed that led to seizures. Multiple seizures

Suffered by citizen Brian French. His Prison # CB1613 Date of Birth 4·20·78. Assault time about 6:20 pm.     I plan to call Brian French as a witness to the effectiveness of Sgt Payne's security protocol. I plan to show a jury this Assault Video as an exhibit. No one Should be treated this way. Cruel And unusual punishment,

I know that At county jails Detectives san diego investigate And charge for Assaults that occur there.

P.C 245 (A)(4) Assault likely to cause GBI Great Bodily injury. But Not at Ironwood prison? Or Riverside County?

I have been incarcerated for 3 years Now in Ironwood's Bravo yard. We all have witnessed the injuries to Numerous victims of Assault that result from the implementation of A policy that integrates protective custody (special Needs yard) with General population inmates which causes immediate Assaults And All Guards here are completely Aware of This violence. CDCR only integrates this policy with the level 1 and 2 inmates. CDCR does Not integrate level 3's or level 4's because They know of The Immediate Danger that would cause that individual.

As for The poor performance of the Nurse And the failure of the training she received, (failure to train adequately or supervise) there is No reasonable explanation for omitting from the Human Body chart (already submitted as an exhibit). I had told the Nurse that I had Received a blow to the Back of Head, Neck Area. The Area was Reddened And Obvious. I didn't fall on my own. The camera's will Bring All John Does to Light on The yard.

The video cameras by the property to identify all John Does And Jones. Records check must be done. I have Attempted to show "facial plausibility with Factual content that Allows This court to draw the Reasonable inference that All sued parties are Liable for the misconduct And injury Alleged" Failure to maintain safe Facilities. A willful failure with a culpable state of mind. I would like to ask the court to allow for A second Amended complaint if the court feels all prongs to continue have not Been met. As A prisoner petitioner with No access to Records or Names or crucial statistics, I must depend on the power of The court to compell Discovery in order to prove my claims of Abuse As an institutionalized policy of deliberate callousness that causes (P T S D) Emotional stress And Physical Harm, Heightened Anxiety And Alertness. THANK You.

Signed   UNDER PENALTY of PERJURY,

Glyndon Rivera

November 12, 2025



___án  Bu0841
IRONWOOD State PRISON  Building 3, CELL # 109
P.O. Box 2199
BLythe, CA  92226

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States DISTRICT COURT
Central District of California
Honorable Magistrate Judge
KAREN E. Scott
255 EAST TEMPLE Street Room 180
LOS Angeles, California  90012

KES

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 2 1 2025

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION      BY DEPUTY

LEGAL ONLY

c/o A. WATSON  11/12/25

#89426

Legal mail